**Lester BARNETT, Jr., Plaintiff–Appellant,**

v.

**James M. JOHNSON, Defendant–Appellee.**

No. 02–7125.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

Lester Barnett, Jr., Appellant Pro Se. James Philip Allen, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lester Barnett, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Barnett v. Johnson,* No. CA–01–298–1–1–MU (W.D.N.C. July 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*